```
1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
   Facsimile:  (510) 839-3882
5  john.burris@johnburrislaw.com
   bnisenbaum@hotmail.com
6
   Attorneys for Plaintiff
7  LORI BAUER
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BAUER, individually, and as Personal Representative of the Estate of Andrew Washington,<br><br>      Plaintiff,<br><br>   vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JEROME PATZER, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,<br><br>      Defendants.<br>_____ / | Case No. 2:06-cv-00549 MCE DAD<br><br>**NOTICE OF RELATED CASE** |

**TO THE COURT AND THE PARTIES OF RECORD, PLEASE TAKE NOTICE**

THAT Plaintiff believes that this action may be related to the following case currently pending in the United States District Court for the Eastern District of California:

<u>WASHINGTON v. TASER INTERNATIONAL, INC.</u>, U.S.D.C. Eastern District of California, No. 2:05-cv-00881-DFL-GGH.

Plaintiff is informed and believes and thereon states that the instant action may be related to the WASHINGTON action in that the present action involves the death of the same person, Andrew Washington, during an incident on September 16, 2004 in common to both cases, when a law-enforcement weapon manufactured by Taser International, Inc. was used against the decedent.

No claims are made in the instant case against Taser International, Inc. The causes of action in the instant case include violation of 42 U.S.C. section 1983 against Defendants CITY OF VALLEJO, Chief of Police ROBERT NICHELINI, and Officer JEROME PATZER, along with ancillary state-law causes of action against the same defendants.

For the foregoing reasons, plaintiff respectfully notifies the Court that the instant case may be related to the WASHINGTON v. TASER INTERNATIONAL, INC. case pending in the United States District Court for the Eastern District of California.

Respectfully submitted,

John L. Burris, Esq.
Ben Nisenbaum, Esq.
Attorneys for Plaintiff LORI BAUER