1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ANDREW WASHINGTON,

12         Plaintiff,              Civ. S-05-881 DFL GGH

13      v.

14 TASER INTERNATIONAL, INC.,

15                                 NON-RELATED CASE ORDER
           Defendant.
16 _____/

17 LORI BAUER,                     Civ. S-06-549 MCE DAD

18         Plaintiff,

19      v.

20 CITY OF VALLEJO, et al.

21         Defendants.
22 _____/

23      On June 6, 2006, Lori Bauer filed a Notice of Related Cases

24 concerning the above captioned cases.  See Local Rule 83-123

25 (E.D. Cal. 2005).  The court finds that these cases should not be

26 related or reassigned.  This order is issued for informational

1  purposes only, and shall have no effect on the status of the

2  cases.

3      IT IS SO ORDERED.

4
   DATED: 6/12/2006

5

6

7

8  DAVID F. LEVI
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26