UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BAUER, individually, and as Personal Representative of the Estate of Andrew Washington,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JEROME PATZER, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,<br><br>　　　　　Defendants. | Case No. 2:06-cv-00549 MCE DAD<br><br>**ORDER EXTENDING THE DATE OF EXPERT DISCLOSURES EXCHANGE AND FILING** |

PURSUANT TO THE PARTIES' STIPULATION, and good cause shown, the Court hereby extends the date of exchange and filing of the Parties Expert Witness Disclosures from March 19, 2007 to April 19, 2007. Supplemental Expert Witness Disclosures shall be exchanged no later than May 10, 2007.

　　　　IT IS SO ORDERED.

Dated: March 19, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE