UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORI BAUER, individually, and as Personal
Representative of the Estate of Andrew
Washington,

        Plaintiff,

    v.

CITY OF VALLEJO,  a municipal corporation;
ROBERT NICHELINI, in his capacity as Chief
of Police for the CITY OF VALLEJO; JEROME
PATZER, individually and in his capacity as a
police officer for the CITY OF VALLEJO; and
DOES 1-25, inclusive, individually and in their
capacities as police officers for the CITY OF
VALLEJO,

        Defendants.

Case No.  2:06-cv-00549 MCE DAD

**ORDER RE-OPENING FACT DISCOVERY
FOR REFERRAL TO A MAGISTRATE
JUDGE FOR *IN CAMERA* REVIEW**

       PURSUANT TO THE PARTIES' STIPULATION, and good cause shown, the Court hereby

re-opens fact discovery in the above-noted for the limited purpose of referring documents responsive

to Plaintiff's Request for Production of Documents to Magistrate Judge Drozd for review, *in camera*,

if deemed necessary by Judge Drozd. Responsive documents shall be disclosed by Defendants as

determined following the  review, pursuant to the terms of a Stipulated Protective Order, filed by

Defendants in this matter.  This limited re-opening of fact discovery in this matter shall terminate

upon Defendant's production of documents as may be ordered following the *in camera* review.

       IT IS SO ORDERED.

Dated:  March 19, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE