IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORI BAUER,

      Plaintiff,  No. CIV S-06-0549 MCE DAD

  v.

CITY OF VALLEJO, et al.,  <u>ORDER</u>

      Defendants.

_____/

      By order filed March 20, 2007, the assigned District Judge granted the parties' request to re-open discovery for the limited purpose of referring documents responsive to plaintiff's request for production of documents to the Magistrate Judge for review *in camera*, if deemed necessary. Documents were subsequently delivered to the chambers of the undersigned with a cover letter from defendants' counsel. No discovery motion was filed, and counsel did not provide copies of the relevant discovery request and response, a privilege log, or any briefing. The court held a telephonic status conference on April 16, 2007, at which attorney Benjamin Nisenbaum appeared telephonically for plaintiff, and attorney Noah Blechman appeared telephonically for defendants.

      Having heard oral argument from the parties, and for the reasons discussed on the record at the telephonic status conference, the undersigned ordered that all documents submitted

for *in camera* review be produced to plaintiff pursuant to the stipulation of the parties, after appropriate redaction of any personal information such as the officer's address and financial information, as well as similar information with respect to the officer's family members.

IT IS SO ORDERED.

DATED: April 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\bauer0549.041607