JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF VALLEJO, ROBERT NICHELINI, JEROME PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BAUER, individually, and as Personal Representative of the Estate of Andrew Washington,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JEROME PATZER, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,,<br><br>Defendants. | Case No. 06-00549-MCE-DAD<br><br>**DEFENDANTS' FRCP 26(A)(2)(B) EXPERT DISCLOSURES**<br><br>Trial Date:   October 17, 2007 |

Pursuant to Federal Rule of Civil Procedure 26 (a)(2)(B), the experts the Defendants have retained to provide expert testimony in this case are as follows:

<u>Retained Experts</u>

1)   Mr. Joe Callanan, 2900 N. Government Way, PMB #324, Coeur D'Alene, ID 83815; police procedures expert, for testimony including but not limited to police tactics and use of force issues, as well as other issues related to his area of expertise.

2)   Mr. Rick T. Wyant, M.S., WSP Crime Laboratory, 2203 Airport Way South,

DEFENDANTS' FRCP 26(A)(2)(B) EXPERT DISCLOSURES

Seattle, WA 98134; non-lethal weapons expert, for testimony including but not limited to the history, use and training related to the use of a Taser as a non-lethal weapon and as applied in this incident, as well as other issues related to his area of expertise.

Non-Retained Experts

In addition, Defendants disclose the following non-retained experts:

With the exception of the employees of the Vallejo Police Department, all other non-retained experts should be contacted directly in order to set up their deposition, if need be.

1. Lt. Tom Liddicoet, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
2. Ofc. Bryan Crutcher, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
3. Ofc. Jeremy Patzer, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
4. Ofc. Lloyd Douglas, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
5. Ofc. Rudy Quesada, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
6. Cpl. Robert Herndon, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
7. Sgt. Ken Weaver, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
8. Lt. Lori Lee, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
9. Cpl. Stan Eng, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
10. Cpt. Robert Harmer, Vallejo Police Department, 111 Amador Street, Vallejo, CA 94590.
11. Matthew Halverson, Solano County Sheriff's Department, Vallejo, CA.
12. Casey Morse, Medic Ambulance Service, 506 Couch Street, Vallejo, CA (707) 644-1761.

13. Matthew McCarthy, Medic Ambulance Service, 506 Couch Street, Vallejo, CA (707) 644-1761.

14. Arnold R. Josselson, M.D., Forensic Medical Group, 1860 Pennsylvania Avenue, Suite 150, Fairfield, CA 94533, (707) 426-1583.

15. Patrick ("Rick") W. Smith, Chief Executive Officer, TASER International, Inc., 17800 N. 85th Street, Scottsdale, Arizona 85255-9603, Telephone (408) 905-2000.

16. Thomas Smith, President, TASER International, Inc.

17. Mark Johnson, Director of Technical Services, TASER International, Inc.

18. Andrew Hinz, Law Enforcement Technical Coordinator, TASER International, Inc.

19. Steve Tuttle, Vice President of Communications, TASER International, Inc.

20. Stacie Sundberg, Vice President of Global Sales Operations, TASER International, Inc.

21. Hans Marrero, Chief Instructor, TASER International, Inc.

22. Rick Guilbault, Director of Training, TASER International, Inc.

23. Christopher Myers, CRT Less Lethal Inc., P.O. Box 1214, Snohomish, WA 98291, Telephone (206) 799-5345.

24. Jami LaChapelle, Training Coordinator, TASER International, Inc.

25. Mike Coplen, Public Relations & Law Enforcement Liasion, TASER International, Inc.

26. Dr. Robert Stratbucker, MD, PhD, Medical Director, TASER International, Inc.

27. Max Nerheim, Vice President of Research & Development, TASER International, Inc.

28. Milan Cerovic, Mechanical Engineer Manager, TASER International, Inc.

29. Nache Shekarri, Electrical Engineer, TASER International, Inc.

30. Steve Brundula, Electrical Engineer, TASER International, Inc.

31. John Szakach, Vice President, Quality Assurance, TASER International, Inc.

32. Mark Kroll, Ph.D, FACC, Box 23, Crystal Bay, Minnesota 55323, telephone (805) 428-1838.

33. John Peters, Ph.D., Principle, John Oeters & Associates, 1550 West Horizon Ridge

Parkway, Suite A, Henderson, Nevada, telephone (717) 538-5940.

34. Any and all other police or law enforcement personnel who may have knowledge regarding any facts and circumstances surrounding this incident.

35. Any and all other treating medical providers including doctors, nurses, and other medical professionals who treated and/or examined Decedent at any time in relation to this incident.

Defendants reserve the right to call any expert witness in their case in chief or in rebuttal required to refute testimony of expert witnesses which are called by other parties. Defendants reserve the right to call as expert witnesses any expert disclosed by any other party in this action. Defendants reserve the right to call as an expert witness any person whose testimony is needed to present an adequate defense in rebuttal to the allegations and contentions of any other party in this action. Defendants reserve the right to call any and all treating physicians and/or other medical personnel related to the treatment and prognosis of any plaintiff claiming injuries and/or damages in this action, in addition to any medical or scientific personnel related to any drug testing of any and all natural and synthetic materials obtained from plaintiff.

Additional expert witnesses may be retained to testify. If this occurs, their identity will be disclosed immediately pursuant to the procedures set forth in FRCP and Defendants reserve their right to supplement their expert disclosure.

Dated: April 18, 2007         MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By:   /s/ James V. Fitzgerald, III
    James V. Fitzgerald, III
    Noah G. Blechman
    Attorneys for Defendant
    CITY OF VALLEJO, ROBERT NICHELINI, JEROME PATZER

DEFENDANTS' FRCP 26(A)(2)(B) EXPERT DISCLOSURES         4