1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   CITY OF VALLEJO, ROBERT NICHELINI, JEROME
7  PATZER

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  LORI BAUER, individually, and as          Case No. 06-00549-MCE-DAD
    Personal Representative of the Estate of
12  Andrew Washington,                        **DEFENDANTS' SUPPLEMENTAL
                                              EXPERT DISCLOSURE**
13               Plaintiff,

14       vs.
                                              Trial Date:      October 17, 2007
15  CITY OF VALLEJO, a municipal
    corporation; ROBERT NICHELINI, in his
16  capacity as Chief of Police for the CITY
    OF VALLEJO; JEROME PATZER,
17  individually and in his capacity as a police
    officer for the CITY OF VALLEJO; and
18  DOES 1-25, inclusive, individually and in
    their capacities as police officers for the
19  CITY OF VALLEJO,,

20               Defendants.

21

22       Pursuant to Federal Rule of Civil Procedure 26 (a)(2)(B), Defendants have retained the

23  following supplemental expert to provide expert testimony in this case as follows:

24       Retained Experts

25       3)      Dr. Brian Peterson, located in Mukwonago, Wisconsin, pathologist and medical

26  expert to testify regarding the cause of death of decedent Andrew Washington, illicit drug and

27  alcohol intoxication, excited delirium, effects of use of a Taser, physiological effects of narcotics

28  and alcohol, other physiological issues, as well as other issues related to his area of expertise.

DEFENDANTS' SUPPLEMENTAL EXPERT
DISCLOSURE

1    Attached hereto is Dr. Peterson's Rule 26 report.

2          Defendants incorporate any and all other disclosures and/or reservations per their initial

3    expert disclosure produced in this case.

4

5

6    Dated: May 8, 2007                   MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                          PFALZER, BORGES & BROTHERS LLP
7

8
                                          By: _____
9                                             James V. Fitzgerald, III
                                              Noah G. Blechman
10                                            Attorneys for Defendant
                                              CITY OF VALLEJO, ROBERT NICHELINI,
11                                            JEROME PATZER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' SUPPLEMENTAL EXPERT          2
DISCLOSURE

# Brian L. Peterson, M.D.
## Consultant in Anatomic, Clinical, and Forensic Pathology
S102W33325 County Road LO, Mukwonago, WI 53149
(262) 378-4389
4ensicmd@gmail.com

May 6, 2007

Noah G. Blechman
McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP
P.O. Box 5288
Walnut Creek, CA 94596

Re: <u>Bauer v. City of Vallejo</u>

Dear Mr. Blechman:

Pursuant to your request, this is a report of my initial findings and opinions in the matter of <u>Bauer v. City of Vallejo</u>; such findings and opinions are, of course, subject to revision should additional information become available.

<u>Expertise and Qualifications</u>:

I am a physician currently licensed in Ohio, Wisconsin and California . I am certified by the American Board of Pathology in combined Anatomic and Clinical Pathology (1987) and Forensic Pathology (1989), with subsequent voluntary recertification in 2002. Forensic Pathology as a medical subspecialty deals specifically with cause and manner of death in the medicolegal setting. Because some 30% of forensic autopsies involve violent death (accident, suicide, homicide), wound description and interpretation are among the skills most commonly used in this field. Many of these cases involve drug and/or alcohol exposure as either the primary cause or a contributory factor to death. The following experience qualifies me to offer testimony in this case (curriculum vitae attached).:

A. Forensic autopsies – over 6900 to date
B. Death involving drug and/or ethyl alcohol use - hundreds of cases
C. Death involving police action – dozens of cases
D. Death involving "excited delirium" - dozens of cases
E. Membership in Relevant Professional Organizations
    a. College of American Pathologists (Fellow)
    b. National Association of Medical Examiners (Member)
    c. American Academy of Forensic Sciences (Fellow)

<u>Recent trial and deposition testimony</u>:

| COUNTY | CASE NAME and/or CASE NO. | DATE | TYPE |
|---|---|---|---|
| Contra Costa County | 5010873-8 | 10/10/2002 | Testimony |
| Contra Costa County | 5020692-0 | 10/15/2002 | Testimony |
| Contra Costa County | 5021443-7 | 12/19/2002 | Testimony |
| Contra Costa County | 2002-1814 / Daniel Click | 2002 | Inquest |
| Contra Costa County | 2002-2016 / James Joseph Dehart | 2002 | Inquest |
| Contra Costa County | 3204751-2 | 3/4/2003 | Testimony |
| Contra Costa County | 5011510-5 | 3/12/2003 | Testimony |
| Contra Costa County | M 02 000148 7 | 8/26/2003 | Testimony |

| Contra Costa County | Raymond Timothy Frank | 10/1/2003 | Trial |
|---|---|---|---|
| Contra Costa County | Scott Peterson | 11/17/2003 | Testimony |
| Contra Costa County | State vs. Ronald Dean Yandell | 1/14/2004 | Trial / Conference |
| Contra Costa County | Jacobo Navarro | 4/5/2004 | Testimony |
| Contra Costa County | Perry Allen Jost / 1121149-9 | 8/5/2004 | Consultation / Trial |
| Contra Costa County | Ralph A. Cendejas Jr. / 5030525-0 | 04/09 & 04/12/04 | Testimony |
| Contra Costa County | 2004-1556 / Calvin Gene Whittington Jr. | 2004 | Inquest |
| Contra Costa County | Adrienne Patterson / 4138990-7 | 11/10/2004 | Testimony |
| Contra Costa County | DA Log #: M 03 000242 8 | 11/4/2004 | Consultation / Trial |
| Contra Costa County | Perry Allen Jost / 1121149-9 | 12/1/2004 | Consultation / Trial |
| Contra Costa County | 2004-1679 / Jimmy Lopez Jr. | 2004 | Inquest |
| Contra Costa County | 5031088-8 | 6/15 & 06/16/2004 | Trial |
| Contra Costa County | C03-01074 | 1/19/2005 | Trial |
| Contra Costa County | 5000327-7 | 3/14/2005 | Testimony |
| Contra Costa County | 5040775-9 | 4/26/2005 | Testimony |
| Contra Costa County | 5041182-7 | 10/21/2005 | Trial |
| Contra Costa County | 5031668-7 | 10/12/2005 | Trial |
| Contra Costa County | Sivilay 05-2167 | 10/10/2005 | Inquest |
| Contra Costa County | Walker 06-0048 | 1/10/2006 | Inquest |
| Contra Costa County | 5051736-7 / Darian Thomas | 1/24/2006 | Consultation / Trial |
| Contra Costa County | 5040060-6 / Adnan Anjum Khan | 2/16/2006 | Trial |
| Contra Costa County | Peo vs. Glenn Wilson / 3-218515-5 | 3/14/2006 | Trial |
| Contra Costa County | 5031668-7 / Susan Mae Polk | 04/13,17/2006 | Trial |
| Contra Costa County | 5041700-6 / Robert Ward Frazier | 6/6/2006 | Trial |
| Contra Costa County | 5041754-3 / Victor Manuel Cerda | 06/08,09/2006 | Trial |
| Contra Costa County | 5050158-5 / Thomas Cameron | 7/10/2006 | Trial |
| Contra Costa County | 5060254-0 / Scott Edgar Dyleski | 8/16/2006 | Consultation / Trial |
| Contra Costa County | 00-1030 or L00 | 7/24/2006 | Trial |
| Contra Costa County | Robert Silva | 5/11/2006 | Inquest |
| Marin County | SC126871A Miguel Murillo | 8/4,5/2003 | Trial |
| Marin County | SC123008A / Levelt Duverne | 11/26/2003 | Trial |
| Marin County | Isabelle Stewart | 8/23/2005 | Trial |
| Napa County | Peo. Vs. Anthony Clark Gore | 8/25/2005 | Trial |

| Napa County | JV14806 / re: Charles L., a minor | 8/28/2006 | Trial |
|---|---|---|---|
| U.S. Attorney's Office / Out of Area | US vs. Shango Greer, et al | 1/5/2006 | Trial |
| U.S. Attorney's Office / Out of Area | US vs. Shango Greer, et al | 1/25/2006 | Trial |
| Alameda County | Peo vs. Willie Louis Thompson, Lavar Coleman | 1/27/2006 | Trial |
| United States District Court | US vs. Shango Greer, et al | 2/14/2006 | Trial |
| Superior Court of Walnut Creek | Case: Manuela Diaz Garcia | 12/19/2002 | Trial |
| District Attorney's of San Francisco | Peo. Vs. William Monaghan | 6/2/2003 | Trial |
| Lepper & Harrington | Re: Acuna-Andrade | 7/10/2003 | Deposition |
| Superior Court of Martinez | Re: Raymond Timothy Frank | 10/1/2003 | Trial |
| Stanislaus County DA | Re: Peo vs. Scott Peterson | 11/17/2003 | Testimony |
| Richmond Superior Court | 2269051-9 M | 3/11/2004 | Testimony |
| John Transberg | Case: Pittman | 8/10/2004 | Testimony |
| John Transberg | Case: Pittman | 8/31/2004 | Trial |
| Stanislaus County DA | Re: Peo vs. Scott Peterson | 9/15/2004 | Testimony |
| Stanislaus County DA | Re: Peo vs. Scott Peterson | 9/16/2004 | Testimony |
| Lanahan & Reilley LLP | 232353 | 10/27/2004 | Deposition |
| Angela Gates / Criminal Defense Assoc. | People vs. Terry Huff | 3/11/2005 | Court Time |
| Carter & Schear | Case: Patricia Pressgrove | 1/19/2005 | Testimony |
| Fitzgerald Abbott & Beardsley LLP | C-04-2751 SC / Barbara Williams-Hughes vs. CA State Auto Assoc. | | Trial |
| Shasta County | F 03-00029-01 / Peo. Vs. Holmes, William Zeke | 5/26/2006 | Testimony |
| Solano County | VCR149864 / Peo vs. Capenhurst,Sczuka & Echevarria | 11/19/2002 | Testimony |
| Solano County | VCR161833 / Peo vs. Dennis Jon McGraw | 11/26/2002 | Testimony |
| Solano County | VCR149984 / Tina Regina Apodaca | 2/4/2003 | Testimony |
| Solano County | SCR201802 | 7/29/2003 | Trial |
| Solano County | VCR147304 / State vs. Joseph Robert Teitgen | 2004 | Testimony |
| Solano County | VCR158881 / State vs. Victor Samuel Davis | 2004 | Testimony |
| Solano County | FCR2222065 / Peo vs. Heather C. Mainnes, Felicia L. Mitchell | 3/14/2005 | Trial |
| Solano County | VCR178703 / Peo vs. Joseph C. Wells | 7/19/2005 | Trial |
| Solano County | VCR176100 / Peo vs. Chris Thomas Gilbreath | 9/7/2005 | Trial |

| | VCR166779 / Peo vs. Kevin S. | | |
|---|---|---|---|
| Solano County | Jones | 2005 | Trial |
| Solano County | Peo vs. Deangelo Antione Hughes, VCR174438 & Jamar Michael Woodson, VCR174439 | 4/18/2006 | Trial |
| Sonoma County | Peo vs. Jose Cardenas | 1/18/2005 | Testimony |
| Sonoma County | Peo vs. Luke Hasler | 03/16 & 03/18/05 | Testimony |
| Sonoma County | Peo vs. Salvador Jimenez Jr. | 9/12/2005 | Trial |
| Sonoma County | Peo vs. Zachariah Rutledge | 8/24/2006 | Trial |
| Yolo County | State vs. Calixto Racimo | 8/31/2004 | Testimony |
| Yolo County | State vs. Christina Marten | 5/4/2005 | Trial |
| Yolo County | Peo vs. Hoang Nguyen | 9/29/2005 | Trial |
| Yolo County | Peo. Vs. Ernesto Arellano et al | 1/18/2006 | Trial |

**Fee structure:**

Consultation charge is $500/hour. Trials, $3000/day. Deposition, $500/hour. Travel and expenses billed at cost.

Reviewed Documents:

Plaintiff's Designation of Expert Witness; reports of Roger A. Clark, Werner U. Spitz
Defendant's FRCP 26(A)(2)(B) Expert Disclosures; reports of Joseph J. Callanan, R.T. Wyant
Vallejo Police Department Crime Report, Case #04-19535
Scene and autopsy photographs
Solano County Coroner's Report and Autopsy Report

Reviewed Depositions:

Lloyd Douglas 10/25/05
Robert Herndon 10/25/05
Tom Liddicoet 12/5/05 (partial)
Jeremie Patzer 12/5/05 (partial)

Reference:

Excited Delirium Syndrome: Cause of Death and Prevention
Theresa G DiMaio, Vincent J. M. DiMaio, CRC Press, 2005

**CASE DESCRIPTION:**

On September 16, 2004, Andrew Washington, the driver and sole occupant of a Ford Bronco, was involved in a minor collision. He drove from the scene and shortly thereafter was contacted by two officers (Vallejo Police Department) and questioned about the accident. He admitted involvement and also disclosed that he had been drinking beer. While awaiting the arrival of a DUI officer, offices on scene attempted to handcuff Washington - he fled on foot. Following a chase of roughly a half hour, he was spotted attempting to scale a chain link fence. A Taser was utilized leading to his dropping into a shallow culvert. Once officers were able to clear the fence and handcuff him, respiratory difficulty was noted. Despite the timely arrival of emergency medical personnel and transport to a local hospital, he was pronounced dead at 0143. At autopsy there was evidence neither of significant injury nor of natural disease. Blood alcohol was 0.19 gm%, urine alcohol 0.25 gm%. Blood cocaine

was .08 mg/L, and benzoylecgonine 0.41 mg/L. The cause of death was listed as "Cardiac arrest associated with excitement during police chase and cocaine and alcohol intoxication, occurring shortly after Tasering."

**FINDINGS AND OPINIONS**:

1. **Washington was involved in the accident and admitted to alcohol consumption.**

   Foundation for Opinion:
   a. "I interviewed him...He had admitted to driving the Bronco and admitted to being involved in the hit and run down the road." DOUGLAS p. 37-38
   b. "he had a couple of 40 ouncers" DOUGLAS p. 38

2. **Washington's behavior was abnormal before the foot pursuit.**

   Foundation for Opinion:
   a. **Q** "Describe his behavior to me?" **A** "He was nervous and very hyper." DOUGLAS p. 98
   b. **Q** "Did you think he was under the influence of something other than alcohol" **A** "Yes" DOUGLAS p. 99

3. **The foot pursuit was vigorous and time consuming.**

   Foundation for Opinion:
   a. **Q** "How long after he first took off did you see him at the culvert?" "Not much more than half an hour, though, right?" **A** "I would say it's fair to say." DOUGLAS p. 51

4. **Washington continued to struggle and escape despite Taser application**

   Foundation for Opinion:
   a. **Q** "Did you ever see him move?" **A** "Yes" **Q** "When did you see him move?" **A** "From the top of the fence, he rolled over and fell on the ground right at the top of the culvert, rolled into the culvert, or slid into the culvert and was trying to do a military crawl with his elbows, toward the north side of the culvert, trying to get out." **Q** "But the taser darts are still connected?" **A** "Yes" **Q** "The subject is being tased?" **A** "Yes" HERNDON p. 36

**CASE ANALYSIS**:

   "In custody" death is generally complex and the cause of death multi-factoral, particularly when physical struggle is involved. That such cases often are associated with intoxication (cocaine, methamphetamine, PCP, etc.) or psychosis is undeniable. In Mr. Washington's case, a number of factors placed him at high risk for sudden death. The first is intoxication with ethyl alcohol and cocaine. Cocaine intoxication was the first setting within which the phenomenon of excited delirium was described. Current understanding has added additional drugs to the list, including methamphetamine and phencyclidine (PCP). Individuals intoxicated with such drugs undergo sympathetic nervous system over-stimulation; it is thought that this over-stimulation sensitizes the heart and leads to sudden death due to rhythm disturbance. Other factors in a specific case may act in an additive way producing even greater sympathetic nervous system over-stimulation. The second factor in Mr. Washington's case was the exertion of flight from police pursuit. The "fight or flight" response rests on sympathetic nervous system drive. The third factor in this case was use of the Taser device; presumably, the muscle contractions attendant on receiving such electrical stimulation mimic struggle physiologically, an additional stress factor.

   Current state of the art in forensic pathology does not provide any way to analyze this case and conclude that any one of the factors mentioned above was of primary or sole importance and must, in and of itself, have lead to death. Had Mr. Washington's flight been followed by a physical struggle without Taser, had other control techniques such as oleoresin capsicum (OC) spray been employed, or had the Taser been used before flight, the outcome may well have been identical. The common factor here, emphasized in the cause of

death statement, was intoxication with ethyl alcohol and cocaine. While case information is insufficient to make a diagnosis of "full blown" excited delirium, the initial appearance of this man ("nervous and very hyper") with subsequent flight are surely suggestive. In my opinion, had Mr. Washington not used cocaine and ethyl alcohol on September 16, he would be living. To single out the Taser as the preeminent factor in this death is simply unreasonable.