JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF VALLEJO, ROBERT NICHELINI, JEROME PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BAUER, individually, and as Personal Representative of the Estate of Andrew Washington,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JEROME PATZER, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,,<br><br>    Defendants. | Case No. 06-00549-MCE-DAD<br><br>**FURTHER STIPULATION AND ORDER VACATING TRIAL AND OTHER DATES PENDING RELEVANT MOTION IN RELATED FEDERAL ACTION**<br><br>Pre-Trial Conference: December 7, 2007<br><br>Trial Date:    January 14, 2008 |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, as follows:

    1.  On August 10, 2007, Your Honor filed an order after finding good cause demonstrated by the parties for briefly continuing the pre-trial and trial dates in this matter, and other relevant dates, per a stipulation and proposed order submitted by the parties on August 9, 2007, due to the fact that there was a pending motion for leave to file a First Amended Complaint

in a related federal action (<u>Washington</u>), the outcome of which will directly impact the facts and circumstances of this action and the trial of this action. Attached hereto as <u>Exhibit A</u> is the copy of the Court's August 10, 2007, Order demonstrating the good cause.

2. As of the date of the filing of this further stipulation and proposed order, Judge Ralph R. Beistline in <u>Andrew Washington v. Taser International, Inc.</u>, Case No. 05-CV-00881 RRB GGH, has not yet ruled on the motion for leave to file a First Amended Complaint which was taken under submission several months ago.

3. Based upon the fact that no decision on the motion for leave to file a First Amended Complaint has yet been rendered in <u>Washington</u>, there is still and further good cause for this Court to vacate the trial and related dates in this case.

4. In order to avoid setting further deadlines similar to those in the August 10, 2007, Order, necessitating the parties seeking further extensions, and to avoid disrupting the Court's own calendar by continually resetting dates, the parties have agreed that all current dates and deadlines in this matter, per the Court's August 10, 2007, Order should be **vacated** and no new dates should be reset until following the outcome of the motion for leave to filed a First Amended Complaint in the <u>Washington</u> case.

5. The parties agree to jointly notify the Court in writing within 30-45 days from the filing of an order ruling upon Plaintiff's motion for leave to filed a First Amended Complaint in the <u>Washington</u> case regarding the further status of this litigation and the <u>Washington</u> litigation, specifically related to the consolidation issue regarding the two informally related cases.

Respectfully submitted,

/ / /

FURTHER STIPULATION AND ORDER VACATING TRIAL AND OTHER DATES PENDING RELEVANT MOTION IN RELATED FEDERAL ACTION – 06-00549 MCE DAD         2

Dated: _____, 2007    LAW OFFICES OF JOHN L. BURRIS

By: _____
    John L. Burris, Esq. / Ben Nisenbaum, Esq.,
    Attorneys for Plaintiffs

Dated: _____, 2007    MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
    PFALZER, BORGES & BROTHERS LLP

By: _____
    James V. Fitzgerald, III / Noah G. Blechman
    Attorneys for Defendant
    CITY OF VALLEJO, ROBERT NICHELINI and
    JEREMY PATZER

### ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT THE DATES CURRENTLY SET IN THIS MATTER ARE HEREBY VACATED PER THE GOOD CAUSE DEMONSTRATED BY THE PARTIES ABOVE. THE PARTIES ARE ORDERED TO JOINTLY PROVIDE THE COURT A STATUS UPDATE IN WRITING WITHIN 30 DAYS FROM THE FILING OF AN ORDER RULING UPON PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT IN THE <u>WASHINGTON</u> ACTION, SPECIFICALLY RELATED TO THE CONSOLIDATION ISSUE REGARDING THE TWO INFORMALLY RELATED CASES.**

Dated: November 9, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE