# McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

## ATTORNEYS AT LAW

MICHAEL J. NEY
THOMAS G. BEATTY
ROBERT M. SLATTERY
THOMAS E. PFALZER
GUY D. BORGES
ROGER J. BROTHERS
GARY R. JOHNSON
JAMES V. FITZGERALD, III
MARTIN J. AMBACHER
ROBERT W. HODGES
J. WESLEY SMITH
PAUL B. WALSH
ANN H. LARSON
R. DEWEY WHEELER
SETH J. SCHWARTZ
ROBERT W. LAMSON

RICARDO A. MARTINEZ
DIANNE KREMEN COLVILLE
LISA R. ROBERTS
DENISE BILLUPS-SLONE
J. LUCIAN DODSON III
JAMES E. ALLEN
ERIC G. LUNDBERG
DENISE J. SERRA
WILMA J. GRAY
HOWARD PATRICK SWEENEY
PETER J. HIRSIG
PATRICK L. MOORE
RICHARD M. McNEELY
GARY A. WATT
NOAH G. BLECHMAN
MICHAEL P. CLARK

1211 NEWELL AVENUE
WALNUT CREEK, CA 94596-5331

**PLEASE RESPOND TO:**
P.O. BOX 5288
WALNUT CREEK, CA 94596

TELEPHONE: (925) 939-5330
FACSIMILE: (925) 939-0203

**www.mcnamaralaw.com**

SOLANO COUNTY OFFICE
639 KENTUCKY STREET, FIRST FLOOR
FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998
FACSIMILE: (707) 427-0268

SAN JOAQUIN COUNTY OFFICE
2316 ORCHARD PARKWAY, SUITE 120
TRACY, CA 95377
TELEPHONE: (877) 839-5330
FACSIMILE: (209) 839-6758

JENIFER K. LEECE
BARBARA L. MILLER
CATHLEEN A. IRWIN
JENNIFER A. PHILLIPS
SUZANNE FOLEY SPRAGUE
SHARON A. GARSKE
MILOSLAV KHADILKAR
PETER W. SKELICK
JEANNE C. SHIH
TONYA R. DRAEGER
HENRY WILLIAMS III
MATTHEW P. SULLIVAN
CARRIE E. CROXALL
AARON M. SCOLARI
SHAWN F. HARDING
PETRA BRUGGISSER

CHRISTOPHER N. ODNE
NOLAN S. ARMSTRONG
MARK P. IEZZA
CHRISTOPHER T. LUSTIG
BARTON J. CERIONI
RYAN J. BARNCASTLE
MILJOY B. LINSAO
TANNER D. BRINK
CHRISTINE E. GARSKE
WILLIAM L. McCASLIN
CONNOR MICHAEL DAY
KEVIN T. KERR
ANDREA N. de KONING
NATHANIEL A. SMITH
RAYELLE D. SABO

PARTNERS EMERITUS
DANIEL J. McNAMARA
DOUGLAS C. McCLURE

RICHARD E. DODGE
(1941 – 2000)

OF COUNSEL
WILLIAM K. HOUSTON, JR.
ANTHONY J. DeMARIA

January 18, 2008

Noah G. Blechman
noah.blechman@mcnamaralaw.com

Hon. Morrison C. England, Jr.
United States District Court
501 I Street #4-200
Sacramento, CA 95814

Re:     **Bauer v. City of Vallejo**

Dear Judge England:

The parties are jointly writing to the Court to update Your Honor on the status of the related action entitled Washington v. Taser International, Inc., U.S.D.C. Eastern District of California, Case No. 2:05-cv-00881- RRB-GGH.  Since the parties last update to the Court, namely the filing of the parties "Further Stipulation And [Proposed] Order Vacating Trial And Other Dates Pending Relevant Motion In Related Federal Action," which was granted by Your Honor, Judge Beistline has since granted Plaintiff Washington's motion for leave to file a First Amended Complaint. That First Amended Complaint names the Defendants in this Bauer action, namely the City Of Vallejo, Robert Nichelini, Jerome Patzer ("Defendants").  The Washington Plaintiff served Defendants' counsel with a copy of the First Amended Complaint and Defendants have since filed a motion to dismiss per FRCP 12(b)(6) on a statute of limitations issue.  That motion to dismiss is set to be heard on February 20, 2008.

In essence, if the motion to dismiss is denied, then Defendants will appear in the Washington case and the parties will jointly file a motion to consolidate the two cases as the cases relate to the same attempted arrest of Decedent Andrew Washington, who died during the course of that attempted arrest.  Both cases would then involve the same or similar issues, parties and will mostly include the same evidence and even experts.  Should the motion to dismiss be granted, then the Defendants will not have to appear in the Washington action and then this Bauer matter can proceed towards trial.

Hon. Morrison C. England, Jr.
January 18, 2008
Page 2

Re:   <u>Bauer v. City of Vallejo</u>

In that vein, the parties agree to jointly notify the Court within fourteen (14) days of receipt of any order on Defendants' motion to dismiss in the <u>Washington</u> case. Once that motion is ruled on, the parties will have a better idea of which direction this litigation will go, whether it will be consolidated into the older <u>Washington</u> case or it should proceed to trial on its own.

Attached is an order memorializing the parties agreement to notify the Court of any ruling by Judge Beistline to this motion to dismiss. Should this order not meet with the Court's approval, the parties are willing to participate in a follow up telephone conference with the Court and/or will appear for a further case management conference following such a ruling, or any other such avenue as the Court deems necessary.

Should you have any questions, please do not hesitate to contact the undersigned, or lead trial counsel for the parties: James V. Fitzgerald, III for the Defendants and John L. Burris for the Plaintiff.

Very truly yours,

Noah G. Blechman, Esq.
Counsel for Defendants

/S/ Nisenbaum, Ben

Ben Nisenbaum, Esq.
Counsel for Plaintiff

NGB:ssa

1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   CITY OF VALLEJO, ROBERT NICHELINI, JEROME
7  PATZER

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  LORI BAUER, individually, and as          Case No. 06-00549-MCE-DAD
    Personal Representative of the Estate of
12  Andrew Washington,                        **[PROPOSED] ORDER REGARDING
                                              UPDATING COURT FOLLOWING
13              Plaintiff,                     RULING ON PLAINTIFF'S MOTION FOR
                                              LEAVE TO FILE FIRST AMENDED
14       vs.                                  COMPLAINT IN RELATED
                                              WASHINGTON CASE**
15  CITY OF VALLEJO, a municipal
    corporation; ROBERT NICHELINI, in his    Pre-Trial Conference: vacated
16  capacity as Chief of Police for the CITY
    OF VALLEJO; JEROME PATZER,                Trial Date:          vacated
17  individually and in his capacity as a police
    officer for the CITY OF VALLEJO; and
18  DOES 1-25, inclusive, individually and in
    their capacities as police officers for the
19  CITY OF VALLEJO,,

20              Defendants.

21

22

23                           **ORDER**

24     **PURSUANT TO THE PARTIES STIPULATION IN THEIR JOINT LETTER TO**

25  **THE COURT DATED JANUARY 18, 2008, IT IS HEREBY ORDERED THAT THE**

26  **PARTIES SHALL UPDATE THE COURT IN WRITING WITHIN FOURTEEN (14)**

27  **DAYS FOLLOWING RECEIPT OF ANY RULING ON THE DEFENDANTS' MOTION**

28
    ORDER REGARDING UPDATING COURT FOLLOWING RULING
    ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED
    COMPLAINT IN RELATED WASHINGTON CASE
    – 06-00549 MCE DAD

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1  **TO DISMISS PER FRCP 12(B)(6) IN THE CASE OF <u>WASHINGTON V. TASER</u>**

2  **<u>INTERNATIONAL, INC.</u>, CASE NO. 2:05-CV-00881 - RRB-GGH.  FOLLOWING SUCH**

3  **NOTIFICATION, DEPENDING UPON THE OUTCOME OF THE MOTION, THE**

4  **COURT WILL NOTIFY THE PARTIES OF THE NEXT HEARING AND/OR**

5  **CONFERENCE SCHEDULED IN THIS MATTER.**

6

7  Dated: _____, 2008

8  By: _____

9  Honorable Morrison C. England, Jr.
   United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING UPDATING COURT FOLLOWING RULING
ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT IN RELATED <u>WASHINGTON</u> CASE
– 06-00549 MCE DAD

2