JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF VALLEJO, ROBERT NICHELINI, JEROME PATZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BAUER, individually, and as Personal Representative of the Estate of Andrew Washington,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; JEROME PATZER, individually and in his capacity as a police officer for the CITY OF VALLEJO; and DOES 1-25, inclusive, individually and in their capacities as police officers for the CITY OF VALLEJO,,<br><br>　　　　　Defendants. | Case No. 2:06-cv-00549-MCE-DAD<br><br>**ORDER REGARDING UPDATING COURT FOLLOWING RULING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT IN RELATED WASHINGTON CASE**<br><br>Pre-Trial Conference: vacated<br><br>Trial Date:　　　vacated |

<u>**ORDER**</u>

PURSUANT TO THE PARTIES STIPULATION IN THEIR JOINT LETTER TO THE COURT DATED JANUARY 18, 2008, IT IS HEREBY ORDERED THAT THE PARTIES SHALL UPDATE THE COURT IN WRITING WITHIN FOURTEEN (14) DAYS FOLLOWING RECEIPT OF ANY RULING ON THE DEFENDANTS' MOTION TO DISMISS

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   PER FRCP 12(B)(6) IN THE CASE OF <u>WASHINGTON V. TASER INTERNATIONAL, INC.</u>,

2   CASE NO. 2:05-CV-00881 - RRB-GGH.  FOLLOWING SUCH NOTIFICATION,

3   DEPENDING UPON THE OUTCOME OF THE MOTION, THE COURT WILL NOTIFY THE

4   PARTIES OF THE NEXT HEARING AND/OR CONFERENCE SCHEDULED IN THIS

5   MATTER.

Dated:  January 24, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER REGARDING UPDATING COURT FOLLOWING RULING
ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT IN RELATED <u>WASHINGTON</u> CASE
– 06-00549 MCE DAD

2