# McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| MICHAEL J. NEY | WILMA J. GRAY | | SOLANO COUNTY OFFICE |
| THOMAS G. BEATTY | RICARDO A. MARTINEZ | | 639 KENTUCKY STREET |
| ROBERT M. SLATTERY | LISA R. ROBERTS | 1211 NEWELL AVENUE | FAIRFIELD, CA 94533-5530 |
| GUY D. BORGES | DENISE BILLUPS-SLONE | WALNUT CREEK, CA 94596-5331 | TELEPHONE: (707) 427-3998 |
| JAMES V. FITZGERALD, III | JAMES E. ALLEN | | FACSIMILE: (707) 427-0268 |
| MARTIN J. AMBACHER | DENISE J. SERRA | | |
| ROBERT W. HODGES | HOWARD PATRICK SWEENEY | | |
| PAUL B. WALSH | PATRICK L. MOORE | PLEASE RESPOND TO: | |
| ANN H. LARSON | RICHARD M. McNEELY | P.O. BOX 5288 | |
| R. DEWEY WHEELER | NOAH G. BLECHMAN | WALNUT CREEK, CA 94596 | |
| SETH J. SCHWARTZ | MICHAEL P. CLARK | | |
| PETER J. HIRSIG | | | PARTNERS EMERITUS |
| | | | DANIEL J. McNAMARA |
| CATHLEEN A. IRWIN | ARA S. ALIKIAN | | DOUGLAS C. McCLURE |
| JENNIFER A. PHILLIPS | JOHN C. ADAMS | | THOMAS E. PFALZER |
| PETER W. SEKELICK | JAIME L. FIELD | TELEPHONE: (925) 939-5330 | |
| MATTHEW P. SULLIVAN | BLAIR K. WALSH | FACSIMILE: (925) 939-0203 | RICHARD E. DODGE |
| PETRA BRUGGISSER | L. MAPLE LAY | | (1941 – 2000) |
| NOLAN S. ARMSTRONG | GILBERT A. CASTRO | www.mcnamaralaw.com | |
| MARK P. IEZZA | JENNIFER R. STANGER | | |
| CHRISTOPHER T. LUSTIG | ADAM E. POLK | August 12, 2011 | OF COUNSEL |
| MILJOY B. LINSAO | KYONG M. KIM | | WILLIAM K. HOUSTON, JR |
| LUANNE RUTHERFORD | MICHELLE A. HOWLAND | | ROBERT W. LAMSON |
| TANNER D. BRINK | ARICA R. BRYANT-PRESINAL | | |
| WILLIAM L. McCASLIN | JEREMIAH I. NELSON | | |
| NATHANIEL A. SMITH | MATTHEW G. TANG | | |

Noah G. Blechman
noah.blechman@mcnamaralaw.com

Hon. Morrison C. England, Jr.
United States District Court
501 I Street #4-200
Sacramento, CA 95814

Re: **Bauer v. City of Vallejo**
Case No. CV06-00549 MCE DAD

Dear Judge England:

Per the Court's Minute Order of August 1, 2011, the parties are hereby providing a Joint Status Report regarding the bankruptcy proceedings involving the City of Vallejo.

The City of Vallejo remains under bankruptcy protection pursuant to Chapter 9 of Title 11 of the U.S. Code. This case remains stayed pursuant to 11 U.S.C.A. § 362 with the City of Vallejo's bankruptcy protection expected to continue in 2011, though there is some indication that the City of Vallejo may come out of bankruptcy protection in the Fall of this year.

Meanwhile, in the related case of Washington v. Taser International et al., Case No. 05-CV-00881 JAM-GGH, filed originally by the minor son of Decedent Washington versus Taser International only, the bankruptcy stay has been lifted as to that case and the City of Vallejo related Defendants, who were named in a subsequent amended complaint, have now appeared in that action.

We anticipate that there may be a motion to consolidate the two actions filed by counsel for Washington, or by global stipulation and order by all parties, though that issue has not yet occurred due to the current bankruptcy stay in place in the Bauer case. Should any significant developments occur regarding the bankruptcy proceedings, we will notify the Court in a further Joint Status Report as soon as feasible.

Hon. Morrison C. England, Jr.
August 12, 2011
Page 2

Re:   Bauer v. City of Vallejo

     Should you have any questions, please do not hesitate to contact the undersigned, or lead trial counsel for the parties: James V. Fitzgerald, III for the Defendants and John L. Burris for the Plaintiff.

Very truly yours,

_____
Noah G. Blechman, Esq.
Counsel for Defendants

_____
Ben Nisenbaum, Esq.
Counsel for Plaintiff

NGB:ngb